**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CHRISTINA NAVARRETTE

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTINA NAVARRETTE, et al.<br><br>  Defendants. | Case No. 09-CR-00543<br><br>**MOTION FOR CONTINUANCE OF STATUS CONFERENCE; STIPULATION AND ORDER** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew C. Stegman, defendant, Jeffrey Abke, by and through his counsel, Lauren Cusick, and defendant Christina Navarrette, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 25, 2010 at 10:00 a.m., in the above-captioned matter, and to continue the status conference to February 8, 2010 at 10:00 a.m., in the courtroom of the Honorable Edmund F. Brennan.

The reason for this request is that the defense needs additional time to obtain discovery, review all discovery, research potential issues, and for meetings between defendants and counsel. The Court is advised that the government and Ms. Cusick concurs with this request.  Ms. Cusick has authorized Ms. Radekin to sign this stipulation on their behalf.

-1-

1    The parties further agree and stipulate that the time period from the filing of this stipulation
2 until February 8, 2010 should be excluded in computing time for commencement of trial under the
3 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
4 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
5 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
6 outweigh the best interests of the public and the defendant in a speedy trial.
7    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
8 IT IS SO STIPULATED
9 Dated: January 22, 2010                                  BENJAMIN WAGNER
                                                          United States Attorney
10
                                                   By:      /s/ Russell Carlsberg for
11                                                        MATTHEW STEGMAN
                                                          Assistant United States Attorney
12
   Dated: January 22, 2010                                  /s/ Erin J. Radekin
13                                                        ERIN J. RADEKIN
                                                          Attorney for Defendant
14                                                        CHRISTINA NAVARRETTE

15 Dated: January 22, 2010                                  /s/ Lauren Cusick
                                                          LAUREN CUSICK
16                                                        Attorney for Defendant
                                                          JEFFREY ABKE
17

18                                                **ORDER**

19    For the reasons set forth in the accompanying stipulation and declaration of counsel, the
20 status conference date of January 25, 2010 at 10:00 a.m. is VACATED and the above-captioned
21 matter is set for status conference on February 8, 2010 at 10:00 a.m.  The court finds excludable
22 time in this matter through February 8, 2010 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code
23 T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
24 preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice
25 served by granting the request outweigh the best interests of the public and the defendant in a speedy
26 trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv)
27 IT IS SO ORDERED.
                                                          EDMUND F. BRENNAN
28 Dated:  January 25, 2010.                              UNITED STATES MAGISTRATE JUDGE