**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CHRISTINA NAVARRETTE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 09-CR-00543 |
| Plaintiff, | |
| v. | |
| CHRISTINA NAVARRETTE, et al. | **MOTION FOR CONTINUANCE OF STATUS CONFERENCE; STIPULATION AND ORDER** |
| Defendants. | |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew C. Stegman, defendant, Jeffrey Abke, by and through his counsel, Lauren Cusick, and defendant, Christina Navarrette, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 22, 2010 at 10:00 a.m., in the above-captioned matter, and to continue the status conference to March 8, 2010 at 2:00 p.m. in the courtroom of the Honorable Edmund F. Brennan.

The reason for this request is that additional time is needed for defense preparation and for counsel to confer with defendants. The Court is advised that the government and Ms. Cusick concur with this request, and that Ms. Cusick and Mr. Stegman have authorized Ms. Radekin to sign this stipulation on their behalf.

////

1  The parties further agree and stipulate that the time period from the filing of this stipulation
2 until March 8, 2010 should be excluded in computing time for commencement of trial under the
3 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
4 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
5 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
6 outweigh the best interests of the public and the defendant in a speedy trial.
7  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
8
9  IT IS SO STIPULATED
10
11 Dated: February 17, 2010                           BENJAMIN WAGNER
                                                     United States Attorney
12
                                                     By:     /s/ Matthew Stegman
13                                                   MATTHEW STEGMAN
                                                     Assistant United States Attorney
14

15

16 Dated: February 17, 2010                                /s/ Erin J. Radekin
                                                     ERIN J. RADEKIN
17                                                   Attorney for Defendant
                                                     CHRISTINA NAVARRETTE
18

19
   Dated: February 17, 2010                                /s/ Lauren Cusick
20                                                   LAUREN CUSICK
                                                     Attorney for Defendant
21                                                   JEFFREY ABKE

22                                          **ORDER**

23  For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
24 conference date of February 22, 2010 at 10:00 a.m. is VACATED and the above-captioned matter is
25 set for status conference on March 8, 2010 at 2:00 p.m.  The Court finds excludable time in this
26 matter through March 8, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow
27 continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For
28 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the

1  request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.
2  §§ 3161(h)(7)(A), (h)(7)(B)(iv).
3  IT IS SO ORDERED.
4  Dated: February 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE