BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
COLLEEN R. VILLARREAL
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2739

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-09-00543 EFB |
| ) | |
| Plaintiff, ) | Stipulation and Order to |
| ) | Continue Suppression Hearing |
| v. ) | and Reset Briefing Schedule |
| ) | |
| CHRISTINA NAVARETTE, et al. ) | Date:  April 19, 2010 |
| ) | Time:  10:00 a.m. |
| Defendants. ) | Judge: Hon. Edmund F. Brennan |
| ) | |
| _____) | |

It is hereby stipulated and agreed between the United States and the defendants, CHRISTINA NAVARETTE and JEFFREY ABKE, by and through their undersigned counsel, that the previously scheduled suppression hearing date of April 19, 2010, be continued to May 3, 2010 at 10:00 a.m., that government's opposition motion be due on April 23, 2010, and the defendants' reply be due on April 30, 2010.

This continuance is requested because the government needs additional time to investigate and prepare its response to the defendant's motion to suppress.

///

///

1

1    The parties agree that time may continue to be excluded to

2    May 3, 2010 pursuant to Title 18, United States Code, Section

3    3161(h)(1)(D), also known as Local Code E, pretrial motion pending

4    and Section 3161(h)(8)(B)(iv), also known as Local Code T4,

5    reasonable time to prepare.

6    DATED: April 7, 2010                    BENJAMIN B. WAGNER
                                             United States Attorney
7

8                                    By:   /s/ Matthew C. Stegman
                                           MATTHEW C. STEGMAN
9                                          Assistant U.S. Attorney

10
                                     By:   /s/ Colleen R. Villarreal
11                                         COLLEEN R. VILLARREAL
                                           Certified Law Clerk
12   DATED: April 7, 2010

13

14                                   By:   /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
15                                         Attorney for Defendant
                                           CHRISTINA NAVARETTE
16

17
                                     By:   /s/ Lauren D. Cusick
18                                         LAUREN D. CUSICK
                                           Assistant Federal Defender
19                                         Attorney for Defendant
                                           JEFFREY ABKE
20
                                 O R D E R
21
     IT IS SO ORDERED.
22
     DATED: April 13, 2010
23

24                                   EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
25

26

27

28