1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  CHRISTINA NAVARRETTE

6
7                  **IN THE UNITED STATES DISTRICT COURT FOR THE**

8                       **EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,

11            Plaintiff,                    **Case No.  09-CR-00543**

12  v.

13  CHRISTINA NAVARRETTE, et al.          **MOTION FOR MODIFICATION OF**
                                          **BRIEFING SCHEDULE AND HEARING**
14            Defendant.                  **DATE; STIPULATION AND ORDER**

15

16

17

18                              **STIPULATION**

19       Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney Matthew C. Stegman, defendant, Jeffrey Abke, by and through his counsel, Lauren Cusick,

21  and defendant Christina Navarrette, by and through her counsel, Erin J. Radekin, agree and stipulate

22  to modify the due date for Ms. Navarrette's reply to the government's opposition to the motion to

23  suppress evidence to May 7, 2010, and to vacate the date set for hearing on the motion to suppress

24  evidence, May 3, 2010 at 10:00 a.m., and to continue the non-evidentiary hearing until June 28,

25  2010 at 10:00 a.m. in the courtroom of the Honorable Edmund F. Brennan.

26       The reason for this request is that Ms. Radekin needs additional time to prepare the reply

27  brief.  The Court is advised that the government and Ms. Cusick concur with this request, and that

28  Ms. Cusick and Mr. Stegman have authorized Ms. Radekin to sign this stipulation on their behalf.

                                          -1-

1    The parties further agree and stipulate that the time period from the filing of this stipulation

2  until June 28, 2010 should be excluded in computing time for commencement of trial under the

3  Speedy Trial Act,  to allow the filing and litigation of a pre-trial motion and based upon the interest

4  of justice under 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(B)(iv), and to allow continuity of counsel

5  and to allow reasonable time necessary for effective defense preparation under Local Code T4.  It is

6  further agreed and stipulated that the ends of justice served in granting the request outweigh the best

7  interests of the public and the defendant in a speedy trial.

8    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

9  IT IS SO STIPULATED

10  Dated: April 30, 2010                BENJAMIN WAGNER
                                        United States Attorney

11
                                 By:_____/s/ Mathew Stegman_____
12                                    MATTHEW STEGMAN
                                      Assistant United States Attorney

13

14  Dated: April 30, 2010              _____/s/ Erin J. Radekin_____
                                        ERIN J. RADEKIN
15                                      Attorney for Defendant
                                        CHRISTINA NAVARRETTE
16
    Dated: April 30, 2010              _____/s/ Lauren Cusick_____
17                                      LAUREN CUSICK
                                        Attorney for Defendant
18                                      JEFFREY ABKE

19

20                                   **ORDER**

21    For the reasons set forth in the accompanying stipulation and declaration of counsel, the due

22  date for Ms. Navarrette's reply to the government's opposition to the motion to suppress evidence is

23  modified to May 7, 2010 and the date set for the non-evidentiary hearing on the motion to suppress

24  evidence, May 3, 2010 at 10:00 a.m. is VACATED and said hearing is set on June 28, 2010 at 10:00

25  a.m.  The court finds excludable time in this matter from the filing of this stipulation through June

26  28, 2010 under 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(B)(iv) and Local Code T4, to allow continuity of

27  counsel and to allow reasonable time necessary for effective defense preparation and the filing and

28  litigation of pre-trial motions.  For the reasons stipulated by the parties, the Court finds that the

1    interest of justice served by granting the request outweigh the best interests of the public and the

2    defendant in a speedy trial. 18 U.S.C. 3161(h)(1)(D), (h)(7)(B)(iv).

3    IT IS SO ORDERED.

4    Dated:  May 3, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE