1   **ERIN J. RADEKIN**
    **Attorney at Law - SBN 214964**
2   428 J Street, Suite 350
    Sacramento, California 95814
3   Telephone: (916) 446-3331
    Facsimile: (916) 447-2988
4
    Attorney for Defendant
5   CHRISTINA NAVARRETTE

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,

11              Plaintiff,                    **09-CR-00543**

12  v.

13                                           **MOTION TO MODIFY BRIEFING**
                                             **SCHEDULE AND CONTINUE HEARING ON**
14  CHRISTINA NAVARRETTE,  et al.            **MOTION TO SUPPRESS EVIDENCE;**
                                             **STIPULATION AND [PROPOSED] ORDER**
            Defendants.
15

16

17

18                                  **STIPULATION**

19          Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney Matthew C. Stegman, defendant, Jeffrey Abke, by and through his counsel, Lauren Cusick,

21  and defendant, Christina Navarrette, by and through her counsel, Erin J. Radekin, agree and stipulate

22  to vacate the date set for the continued hearing on the defendants' motion to suppress evidence,

23  September 7, 2010 at 10:00 a.m., in the above-captioned matter, and to continue the hearing to

24  September 20, 2010 at 10:00 a.m. in the courtroom of the Honorable Edmund F. Brennan.

25          In addition, the parties stipulate to modify the briefing schedule as follows:

26          Defendants' brief                        August 25, 2010

27          Government's response                    September 8, 2010

28          Defendants' reply                        September 15, 2010

            The reason for this request is that additional time is needed for defense preparation and

investigation and to prepare briefing, and for counsel to confer with defendants.  The Court is advised

that the government and Ms. Cusick concur with this request, and that Ms. Cusick and Mr. Stegman

have authorized Ms. Radekin to sign this stipulation on their behalf.

    The parties further agree and stipulate that the time period from the filing of this stipulation

through disposition of the motion should be excluded in computing time for commencement of trial

under the Speedy Trial Act, based upon the filing of pretrial motions under 18 U.S.C. §

3161(h)(1)(D), and to allow continuity of counsel and reasonable time necessary for effective defense

preparation under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4.  It is further agreed and

stipulated that the ends of justice served in granting the request outweigh the best interests of the

public and the defendant in a speedy trial.

    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: August 4, 2010      BENJAMIN WAGNER
             United States Attorney

           By:_____/s/ Matthew Stegman_____
             MATTHEW STEGMAN
             Assistant United States Attorney

Dated: August 4, 2010      _____/s/ Erin J. Radekin_____
             ERIN J. RADEKIN
             Attorney for Defendant
             CHRISTINA NAVARRETTE

Dated: August 4, 2010      _____/s/ Lauren Cusick_____
             LAUREN CUSICK
             Attorney for Defendant
             JEFFREY ABKE

/ / /

/ /

/ /

1

## **ORDER**

2          For the reasons set forth in the accompanying stipulation and declaration of counsel, the

3 hearing date of September 7, 2010 at 10:00 a.m. is VACATED and the above-captioned matter is set

4 for continued hearing on the defendants' motion to suppress evidence on September 20, 2010 at

5 10:00 a.m.

6          IT IS FURTHER ORDERED that the following schedule be set:

7          Defendants' brief                                    August 25, 2010

8          Government's response                        September 8, 2010

9          Defendants' reply                                 September 15, 2010

10          The Court finds excludable time in this matter through disposition of the motion under 18

11 U.S.C. § 3161(h)(1)(D), (h)(7)(B)(iv) and Local Code T4, based on the filing of pretrial motions and

12 to allow continuity of counsel and reasonable time necessary for effective defense preparation.  For

13 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the

14 request outweigh the best interests of the public and the defendant in a speedy trial.

15

16 IT IS SO ORDERED.

17 Dated:  August 5, 2010.

                                                                EDMUND F. BRENNAN
                                                                UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28

-3-