1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  CHRISTINA NAVARRETTE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **09-CR-00543** |
| Plaintiff, | |
| v. | **MOTION TO MODIFY BRIEFING SCHEDULE AND CONTINUE HEARING ON MOTION TO SUPPRESS EVIDENCE; STIPULATION AND [PROPOSED] ORDER** |
| CHRISTINA NAVARRETTE, et al. | |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew C. Stegman, defendant, Jeffrey Abke, by and through his counsel, Lauren Cusick, and defendant, Christina Navarrette, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for the continued hearing on the defendants' motion to suppress evidence, September 20, 2010 at 10:00 a.m., in the above-captioned matter, and to continue the hearing to October 18, 2010 at 10:00 a.m. in the courtroom of the Honorable Edmund F. Brennan.

In addition, the parties stipulate to modify the briefing schedule as follows:

| | |
|---|---|
| Defendants' brief | September 15, 2010 |
| Government's response | October 6, 2010 |
| Defendants' reply | October 13, 2010 |

The reason for this request is that additional time is needed for defense preparation and to prepare briefing, and for counsel to confer with defendants. The Court is advised that the government and Ms. Cusick concur with this request, and that Ms. Cusick and Mr. Stegman have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation through disposition of the motion should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the filing of pretrial motions under 18 U.S.C. § 3161(h)(1)(D), and to allow continuity of counsel and reasonable time necessary for effective defense preparation under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: August 25, 2010

BENJAMIN WAGNER
United States Attorney

By:   /s/ Matthew Stegman
MATTHEW STEGMAN
Assistant United States Attorney

Dated: August 25, 2010

/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
CHRISTINA NAVARRETTE

Dated: August 25, 2010

/s/ Lauren Cusick
LAUREN CUSICK
Attorney for Defendant
JEFFREY ABKE

/ / /

/ /

/

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the hearing date of September 20, 2010 at 10:00 a.m. is VACATED and the above-captioned matter is set for continued hearing on the defendants' motion to suppress evidence on October 18, 2010 at 10:00 a.m.

IT IS FURTHER ORDERED that the following schedule be set:

| | |
|---|---|
| Defendants' brief | September 15, 2010 |
| Government's response | October 6, 2010 |
| Defendants' reply | October 13, 2010 |

The Court finds excludable time in this matter through disposition of the motion under 18 U.S.C. § 3161(h)(1)(D), (h)(7)(B)(iv) and Local Code T4, based on the filing of pretrial motions and to allow continuity of counsel and reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 26, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE