```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  COLIN M. SCOTT
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-09-00543 EFB |
|---|---|---|
| Plaintiff, | ) | Stipulation and Order to Continue Evidentiary Hearing |
| v. | ) | Date: November 1, 2010 |
| CHRISTINA NAVARETTE, et al. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edmund F. Brennan |
| Defendants. | ) | |

It is hereby stipulated and agreed between the United States and the defendants, CHRISTINA NAVARETTE and JEFFREY ABKE, by and through their undersigned counsel, that the previously scheduled evidentiary hearing date of October 18, 2010, be continued to November 1, 2010, at 10:00 a.m.  This continuance is requested because Ranger Betsy Smith is unable to attend the evidentiary hearing that was previously scheduled for October 18, 2010, at 10:00 a.m.

///

///

///

///

1     The parties agree that time may continue to be excluded
2 through disposition of the motion, pursuant to Title 18, United
3 States Code, Section 3161(h)(1)(D), also known as Local Code E,
4 pretrial motion pending and Section 3161(h)(8)(B)(iv), also known
5 as Local Code T4, reasonable time to prepare.

6 DATED: September 1, 2010    BENJAMIN B. WAGNER
    United States Attorney
7

8     By: /s/ Matthew C. Stegman
    MATTHEW C. STEGMAN
9     Assistant U.S. Attorney

10 DATED: August 31, 2010

11     By: /s/ Erin J. Radekin
    ERIN J. RADEKIN
12     Attorney for Defendant
    CHRISTINA NAVARETTE
13

14
DATED: September 1, 2010    By: /s/ Linda Harter
15     Linda S. Harter
    Assistant Federal Defender
16     Attorney for Defendant
    JEFFREY ABKE
17

18     O R D E R

19 IT IS SO ORDERED:

20 DATED: September 1, 2010

21     _____
    EDMUND F. BRENNAN
22     UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28