DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFREY ABKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-543 EFB |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE |
| v. | |
| JEFFREY ABKE, CHRISTINA NAVARRETTE, | Date: November 15, 2010<br>Time: 10:00 am.<br>Judge: Hon. Edmund F. Brennan |
| Defendants. | |

It is hereby stipulated between the parties, Linda C. Harter, Chief Assistant Federal Defender, for Defendant Jeffrey Abke, Erin Radekin, counsel for Defendant Christina Navarrette and Matthew Stegman, Assistant United States Attorney, counsel for the Plaintiff, that the briefing schedule modifying the motions to be as follows and the Motion Hearing set for November 15, 2010 at 10:00 am.  The following is the new schedule:

    Defense Motion due . . . . . . . . . . . . . . . . . . October 4, 2010

    Government's Opposition due . . . . . . . . . . . . October 25, 2010

    Defense Reply due . . . . . . . . . . . . . . . . . November 8, 2010

    Motion Hearing . . . . . . . . . . . . . . . . . . November 15, 2010

1  The parties agree that time should be excluded from the date of
2 this order until the Motion Hearing set for November 15, 2010, pursuant
3 to 18 U.S.C. § 3161(h)(7)(A)and(B)(iv) and Local Code T4 (reasonable time
4 to prepare).
5  Dated: September 23, 2010

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Jeffrey Abke


/s/ Erin Radekin
ERIN RADEKIN
Attorney for Defendant
Christina Navarrette


BENJAMIN WAGNER
United States Attorney

Dated: September 23, 2010          /s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:   September 27, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE