BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
COLIN M. SCOTT
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2936

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09-cr-00543 EFB |
| ) | |
| Plaintiff, ) | Stipulation to Modify Briefing |
| ) | Schedule and Order |
| v. ) | |
| ) | Date: November 15, 2010 |
| CHRISTINA NAVARRETTE, et al., ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Edmund F. Brennan |
| Defendants. ) | |
| ) | |

It is hereby stipulated and agreed between the United States and defendants, CHRISTINA NAVARRETTE AND JEFFERY ABKE, by and through their undersigned counsel, to modify the briefing schedule as follows:

Defendant's Motion was filed---------------October 4, 2010

Government's Opposition due---------------October 29, 2010

Defendant's Reply, if any, due------------November 8, 2010

Evidentiary Hearing----------------------November 16, 2010

The government requests for this modification based on the fact the government needs additional time to meet and confer with the designated case agent in this case, Ranger Betsy Smith, who was recently married and will be returning from her honeymoon on

1

1  October 28, 2010.

2      The parties further agree that time may continue to be
3  excluded through November 15, 2010, pursuant to Title 18, United
4  States Code, Section 3161(h)(8)(B)(iv), also known as Local Code
5  T4, reasonable time to prepare and pending motion pursuant to
6  Title 18, United States Code, Section 3161(h)(1)(F), also known as
7  Local Code T6.

8  DATED: October 25, 2010              BENJAMIN B. WAGNER
                                         United States Attorney
9

10                                  By:  /s/ MATTHEW C. STEGMAN
                                         MATTHEW C. STEGMAN
11                                       Assistant U.S. Attorney

12

13 DATED: October __, 2010              ERIN J. RADEKIN
                                         Attorney at Law
14

15                                  By:  /s/ ERIN J. RADEKIN
                                         ERIN J. RADEKIN
16                                       Attorney at Law
                                         Attorney for Defendant
17                                       Christina Navarrette

18 DATED: October __, 2010              DANIEL J. BRODERICK
                                         Federal Defender
19

20                                  By:  /s/ LINDA C. HARTER
                                         LINDA C. HARTER
21                                       Assistant Federal Defender
                                         Attorney for Defendant
22                                       Jeffery Abke

23

24

25

26

27

28

<u>O R D E R</u>

IT IS SO ORDERED:

    The briefing schedule in this matter shall be modified as follows:

    Defendant's Motion was filed---------------October 4, 2010

    Government's Response due------------------October 29, 2010

    Defendant's Reply, if any, due-------------November 8, 2010

    Evidentiary Hearing------------------------November 15, 2010

DATED: October 26, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE