```
 1  BENJAMIN B. WAGNER
    Acting United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  COLIN M. SCOTT
    Certified Law Student
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2792
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CASE No. 2:09-cr-000543 EFB
                                 )
12              Plaintiff,       )   ORDER AFTER HEARING
                                 )
13       v.                      )
                                 )
14  CHRISTINA NAVARRETTE, et al.,)
                                 )
15              Defendants.      )
                                 )
16
```

17       This matter came before the Court on July 19, 2010; July 21,
18  2010; and November 15, 2010, for an evidentiary hearing.  Certified
19  Law Student, Colin Scott, appeared on behalf of the plaintiff,
20  United States of America.  Attorney Erin Radekin appeared on behalf
21  of the defendant, Christina Navarrette.  Attorneys Lauren Cusick and
22  Caro Marks appeared on behalf of the defendant, Jeffrey Abke.
23  After hearing testimony, reviewing exhibits, hearing oral argument,
24  and considering the briefs in this matter, the Court denied the
25  ///
26  ///
27  ///
28  ///

1  Defendants' Motion to Suppress Evidence for the reasons stated
2  orally at the hearing.
3       IT IS SO ORDERED.
4  DATED: November 18, 2010
                                   _____
                                   EDMUND F. BRENNAN
5                                  UNITED STATES MAGISTRATE JUDGE