**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CHRISTINA NAVARRETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTINA NAVARRETTE, et al.,<br><br>　　　　　Defendants. | Case No. 2:09-CR-00543 EFB<br><br>**TRANSPORTATION ORDER**<br><br>Date: April 19, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. Edmund F. Brennan |

TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

　　　This is to authorize and direct you to furnish the above named defendant, CHRISTINA NAVARRETTE, with transportation from Redding, California to Sacramento, California for her jury trial in the United States District Court for the Eastern District of California on **Tuesday, April 19, 2011 at 9:30 a.m.** and return transportation to Redding, California.

　　　In addition, the United States Marshal shall furnish Ms. Navarrette with money for any subsistence expenses in Sacramento, including lodging, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  Ms. Navarrette is unemployed and is financially unable to travel to Sacramento, California without transportation and subsistence expenses.  Ms. Navarrette resides with co-defendant, Mr. Abke, and her two children.

1 | Ms. Navarrette uses food stamps to pay for food.  Ms. Navarrette will need transportation for her
2 | return to Redding, California, the location of her residence, after the jury trial.
3 |     This is authorized pursuant to 18 U.S.C. § 4285.
4 | Dated: April 8, 2011                Respectfully submitted,

                                        s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        CHRISTINA NAVARRETTE

IT IS SO ORDERED.

Dated: April 8, 2011

                                      /s/ Edmund F. Brennan
                                      EDMUND F. BRENNAN
                                      U.S. Magistrate Judge