```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFREY ABKE
```

FILED
JUN -2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHRISTINA NAVARRETTE and<br>JEFFREY ABKE,<br><br>　　　　Defendants. | No. 2:09-CR-00543 EFB<br><br>PROPOSED TRANSPORTATION ORDER<br><br>Date:　May 31, 2011<br>Time:　9:30 a.m.<br>Judge: Hon. Edmund F. Brennan |

TO:　UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

　　　This is to authorize and direct you to furnish the above named defendants, JEFFREY ABKE and CHRISTINA NAVARETTE, the cost of round-trip, privately-owned vehicle mileage (POV) reimbursement in lieu of providing transportation from Redding, California to Sacramento, California for their jury trial as provided in 18 U.S.C. § 4285. The

///
///
///
///

defendants intend to travel in their POV together.

This is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated: 6-1-2011

EDMUND F. BRENNAN
U.S. Magistrate Court Judge