DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFREY ABKE

FILED
JUN -2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  No. 2:09-CR-00543 EFB
                           )
         Plaintiff,        )
                           )  PROPOSED ORDER APPROVING
    v.                     )  SUBSISTENCE REIMBURSEMENT
                           )
CHRISTINA NAVARRETTE and   )
JEFFREY ABKE,              )  Date:  May 31, 2011
                           )  Time:  9:30 a.m.
         Defendants.       )  Judge: Hon. Edmund F. Brennan
                           )
                           )
_____)

   Following a hearing on the matter at which the Court received information regarding the defendants' dire financial situation and where the Court explored all options available through pretrial and the U.S. Marshal Service, the Court determined that the defendants would not be able to afford to stay overnight in Sacramento during the trial. Further, the Court determined that trial would last at least three days. Therefore, the Court, through this Order, hereby authorizes counsel to furnish the above named defendants, JEFFREY ABKE and CHRISTINA NAVARETTE, the reasonable cost of a hotel room for the duration of the trial which is scheduled to commence on May 31, 2011.

1 | This shall not include Friday or Saturday evening should the trial
2 | continue into the next week.  This is authorized pursuant to 18 U.S.C.
3 | § 3006A(e)(1) of the Criminal Justice Act which allows counsel to be
4 | reimbursed for any services necessary for adequate representation of
5 | indigent defendants.  Counsel must, however, provide proof of payment
6 | and all documentation as required for any other expense under the
7 | Criminal Justice Act and the amount expended must be reasonable and is
8 | only to include hotel costs.
9 | IT IS SO AUTHORIZED AND ORDERED.
10 | Dated:  June ___, 2011

EDMUND F. BRENNAN
U.S. Magistrate Court Judge

Order Approving Subsistence                    -2-