BENJAMIN B. WAGNER
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
RACHANA N. SHAH
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2800

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-09-543 EFB |
| Plaintiff, ) | ORDER |
| v. ) | |
| CHRISTINA NAVARRETTE et al., ) | DATE: July 11, 2011 |
| ) | TIME: 9:30 A.M. |
| Defendants. ) | JUDGE: Hon. Edmund F. Brennan |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss the original information filed on December 16, 2009, is GRANTED. The superseding information filed on June 2, 2011, shall remain in effect.

IT IS SO ORDERED.

Dated: July 11, 2011

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE