DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFREY ABKE

**FILED**
JUL 11 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-00543 EFB |
| Plaintiff, | |
| v. | ~~PROPOSED~~ TRANSPORTATION ORDER |
| CHRISTINA NAVARRETTE and JEFFREY ABKE, | Date: July 11, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. Edmund F. Brennan |
| Defendants. | |

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendants, JEFFREY ABKE and CHRISTINA NAVARETTE, the cost of round-trip, privately-owned vehicle mileage (POV) reimbursement in lieu of providing transportation from Redding, California to Sacramento, California for their trial as provided in 18 U.S.C. § 4285. The

///
///
///
///

1  defendants intend to travel in their POV together.

2      This is authorized pursuant to 18 U.S.C. § 4285.

3  IT IS SO ORDERED.

4  Dated: July 11, 2011

   EDMUND F. BRENNAN
   U.S. Magistrate Court Judge